# United States District Court
## Southern District of Georgia

WILLIAM G. HATCHER, JR., as Executor
of the Estate of William G. Hatcher, Sr., and,
Individually,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV 117-175

PAMELA HATCHER STUART, Individually
and as Trustee of the Pamela H. Stuart GST Trust,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated April 26, 2018 that Plaintiff's motion to remand this case to the Superior Court of Columbia County, Georgia is granted. This action is remanded, in its entirety, to the Superior Court of Columbia County, Georgia for lack of subject matter jurisdiction. This case stands closed.



4/26/2018
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk